# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | CRIMINAL NO. 10-30161-DRH |
| vs. )<br>)<br>MICHAEL L. SMITH, )<br>)<br>Defendant. ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

**HERNDON, Chief Judge:**

On January 14, 2011, this court entered an order for forfeiture against defendant Michael L. Smith, Jr., for the following property which had been seized from said defendant:

**One .38 Special caliber revolver of unknown make and model, bearing serial number A10110, stamped "EIG" and "Italy" and any and all ammunition contained therein.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 6, 2011, and ending May 5, 2011, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that

no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on January 14, 2011, namely:

> **One .38 Special caliber revolver of unknown make and model, bearing serial number A10110, stamped "EIG" and "Italy" and any and all ammunition contained therein.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. Said disposal may, at the discretion of the United States, include the destruction of the property. Said destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms and Explosives.

**IT IS SO ORDERED.**

**DATED:** July 18, 2011

                                      **Chief Judge**
                                      **United States District Court**